# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 8, 2006

The Honorable David G. Trager
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAR 15 2006 ★
BROOKLYN OFFICE

APPLICATION GRANTED.
SO ORDERED.

s/David Trager  3/9/06
David G. Trager
United States District Judge

<u>U.S.A. v. Louis Rodriguez, 03 CR 88 (DGT)</u>

Your Honor:

I am writing to request that the conditions of Mr. Rodriguez's bond be modified. Mr. Rodriguez is at liberty on a $100,000 bond. The terms of the bond restrict Mr. Rodriguez's travels to New York State. Mr. Rodriguez requests that the bond be modified to allow him to travel to Chicago, Illinois from April 14 to April 20, 2006. He will be traveling with his wife and children and visiting his grandparents. AUSA Adam Abensohn Mayer does not object to this modification of Mr. Rodriguez's bond.

Thank you for your attention to this matter.

Sincerely,

Michael K. Schneider, Esq.
(718) 330-1161

cc: AUSA Adam Abensohn
Clerk of the Court [by ECF]
Pre-trial Services